UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 23-1314

Curtis Dwayne Vaughn

Appellant

v.

State of Missouri, et al.

Appellees

___

Appeal from U.S. District Court for the Western District of Missouri - Springfield
(6:23-cv-03040-MDH)
___

**ORDER**

Appellant's motions for injunction and to stay the mandate are denied.

June 13, 2023

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
 /s/ Michael E. Gans